UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA,<br><br>              Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>              Defendant. | No.  2:23-cv-01412 DAD AC PS<br><br><br><br>ORDER |

On August 14, 2023, defendant filed a motion to dismiss set to be heard on September 20, 2023.  ECF No. 8.  The motion was set to be heard on the papers.  ECF No. 10.  Per Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was August 28, 2023.  Plaintiff did not file an opposition or statement of non-opposition.

Plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will

////

////

////

1

serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

    IT IS SO ORDRED.

DATED: October 12, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE