1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAKE PECCIA,                                    No.  2:23-cv-01412-DAD-AC (PS)

12                    Plaintiff,

13        v.                                         ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS AND DISMISSING
14   STATE OF CALIFORNIA                             THIS ACTION
     DEPARTMENT OF CORRECTIONS
15   AND REHABILITATION,                             (Doc. Nos. 8, 12)

16                    Defendant.

17

18        Plaintiff Jake Peccia is proceeding *pro se* in this civil action.  This matter was referred to a

19   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 6, 2023, the assigned magistrate judge issued findings and

21   recommendations recommending that this action be dismissed, without prejudice, due to

22   plaintiff's failure to comply with a court order and failure to prosecute.  (Doc. No. 12.)  Those

23   findings and recommendations were served on the parties and contained notice that any

24   objections thereto were to be filed within twenty-one (21) days from the date of service.  (*Id.* at

25   1–2.)  To date, no objections have been filed, and the time in which to do so has now passed.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a

27   *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings

28   and recommendations to be supported by the record and by proper analysis.

                                               1

Accordingly,

1.   The findings and recommendations issued on November 6, 2023 (Doc. No. 12) are

adopted in full;

2.   This action is dismissed, without prejudice, due to plaintiff's failure to comply

with a court order and failure to prosecute;

3.   The pending motion to dismiss (Doc. No. 8) is denied as having been rendered

moot by this order; and

4.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 17, 2024**   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE